1  Richard D. McCune, Esq., State Bar No. 132124
   rdm@wmtrial-law.com
2  Jae (Eddie) K. Kim, Esq., State Bar No. 236805
   jkk@wmtrial-law.com
3  WELEBIR & McCUNE
   2068 Orange Tree Lane, Suite 215
4  Redlands, California  92374
   Telephone:  (909) 335-0444
5  Facsimile:  (909) 335-0452

6  Attorneys for Plaintiff

7  Sonya D. Winner, Esq., State Bar No. 200348
   David M. Jolley, Esq., State Bar No. 191164
8  COVINGTON & BURLING LLP
   One Front Street
9  San Francisco, CA 94111
   Telephone:  (415) 591-6000
10 Facsimile:  (415) 591-6091

11 Attorneys for Defendants
   WELLS FARGO BANK, N.A. and
12 WELLS FARGO & CO.

13

14
                    UNITED STATES DISTRICT COURT
15
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
16

17 JOSHUA P. ENDRES, as an individual, and on )  Civil Case No.: C-06-7019 PJH
18 behalf of all others similarly situated,    )
                                               )
19                                             )  **STIPULATION AND [PROPOSED] ORDER
                    Plaintiff,                 )  PERMITTING PLAINTIFF TO FILE A
20                                             )  FIRST AMENDED COMPLAINT;
          v.                                   )  DECLARATION OF JAE (EDDIE) K. KIM IN
21 WELLS FARGO & COMPANY, WELLS                )  SUPPORT THEREOF.**
   FARGO BANK, N.A., and DOES 1 through 125,   )
22                                             )  Hon. Phyllis J. Hamilton
23                                             )
                    Defendant[s].              )
24                                             )
25                                             )
26                                             )

27 //

28

- 1 -
[PROPOSED] ORDER PERMITTING PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT PURSUANT TO THE
STIPULATION OF THE PARTIES

1 | IT IS HEREBY STIPULATED by and between the parties to this action as follows:

**I.      RECITALS**

1.      On November 15, 2006, Defendants WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A. (hereinafter "Defendants") served counsel for Plaintiff JOSHUA P. ENDRES (hereinafter "Plaintiff") with Defendants' Notice of Motion and Motion of Defendants Wells Fargo Bank, N.A. and Wells Fargo & Co. to Dismiss Plaintiff Joshua P. Endres's Complaint (hereinafter "Defendants' Motion to Dismiss").  Defendants originally noticed a December 20, 2006, hearing date for the motion to dismiss, but amended the notice for a January 17, 2007, hearing date.

2.      Pursuant to this January 17, 2007, hearing date, the deadline for Plaintiff's opposition to Defendants' Motion to Dismiss is December 27, 2006.

3.      On December 19, 2006, Jae (Eddie) K. Kim of Welebir & McCune, counsel for Plaintiff, telephoned David M. Jolley of Covington & Burling LLP, counsel for Defendants, to notify Defendants that Plaintiff intended to amend his complaint in order to resolve the issues raised by Defendants' Motion to Dismiss, in lieu of filing an opposition to Defendants' Motion to Dismiss.  Mr. Jolley agreed with Mr. Kim's proposal, and suggested the parties enter into a stipulation to effectuate the agreement.

**II.     STIPULATION**

Therefore, based on the foregoing RECITALS, and the present circumstances as they exist, the parties, through their respective legal counsels of record, hereby make the following stipulations in requesting an order by the Court:

1.      That Defendants will take the hearing on their Motion to Dismiss off of the Court's calendar.

2.      That Plaintiff is to file and serve his first amended complaint by January 8, 2007.

//
//
//
//
//
//

[PROPOSED] ORDER PERMITTING PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT PURSUANT TO THE STIPULATION OF THE PARTIES

3. That Defendants are to file and serve a response or answer to Plaintiff's first amended complaint no later than 30 days after Plaintiff serves Defendants with his first amended complaint.

IT IS SO STIPULATED.

DATED: December 21, 2006

WELEBIR & McCUNE

By: _____
Jae (Eddie) K. Kim
Attorney for Plaintiff

DATED: December 21, 2006

COVINGTON & BURLING LLP

By: _____
David M. Jolley
Attorney for Defendants

## DECLARATION OF JAE (EDDIE) K. KIM

I, JAE (EDDIE) K. KIM, hereby declare as follows:

1. That I am an attorney duly authorized to practice before all courts of the State of California and the United States District Court of California. I am an associate with the law firm of Welebir & McCune, legal counsel of record for Plaintiff Joshua P. Endres in the above entitled action. The contents of this Declaration are within my own personal knowledge and if called upon to testify thereto, I could and would competently do so.

2. On November 15, 2006, Defendants WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A. (hereinafter "Defendants") served counsel for Plaintiff JOSHUA P. ENDRES (hereinafter "Plaintiff") with Defendants' Notice of Motion and Motion of Defendants Wells Fargo Bank, N.A. and Wells Fargo & Co. to Dismiss Plaintiff Joshua P. Endres's Complaint (hereinafter "Defendants' Motion to Dismiss"). Defendants originally noticed a December 20, 2006 hearing date for the motion to dismiss, but amended the notice for a January 17, 2007 hearing date.

3. Pursuant to this January 17, 2007 hearing date, the deadline for Plaintiff's opposition to Defendants' Motion to Dismiss is December 27, 2006.

4. On December 19, 2006, I telephoned David M. Jolley of Covington & Burling LLP, counsel for Defendants, to notify Defendants that Plaintiff intended to amend his complaint in order to resolve the issues raised by Defendants' Motion to Dismiss, in lieu of filing an opposition to Defendants' Motion to Dismiss. Mr. Jolley agreed with my proposal, and suggested the parties enter into a stipulation to effectuate the agreement.

5. For the purpose of resolving the issues raised in Defendant's Motion to Dismiss outside of court, counsel of record for all parties agreed to stipulate as follows: that Defendants will take the hearing on their Motion to Dismiss off of the Court's calendar; that Plaintiff is to file and serve his first amended complaint by January 8, 2007; and that Defendants are to file and serve a response or answer to Plaintiff's first amended complaint no later than 30 days after Plaintiff serves Defendants with his first amended complaint.

6. There are no previous time modifications in this case, either by stipulation or by court order.

[PROPOSED] ORDER PERMITTING PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT PURSUANT TO THE STIPULATION OF THE PARTIES

7. The effect of the requested modifications would be that the hearing of Defendants' Motion to Dismiss will be vacated and Defendants will have sufficient time to answer a first amended complaint. As such, there will likely be no significant delay in the proceeding of this case as a result of the requested modifications.

The foregoing statements are true and correct and are made under the penalty of perjury under the laws of the State of California.

This Declaration is hereby made and executed on December 21, 2006 at Redlands, California.

_____
JAE (EDDIE) K. KIM, Declarant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA P. ENDRES, as an individual, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br>WELLS FARGO & COMPANY, WELLS FARGO BANK, N.A., and DOES 1 through 125,<br><br>Defendant[s]. | Civil Case No.: C-06-7019 PJH<br><br>[~~PROPOSED~~] ORDER PERMITTING PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT<br><br>Hon. Phyllis J. Hamilton |

Pursuant to the parties' Stipulation in Request for an Order Permitting Plaintiff to File a First Amended Complaint, it is hereby ordered as follows:

1. That Defendants Wells Fargo & Company and Wells Fargo Bank, N.A., shall take the hearing on their Motion to Dismiss Plaintiff's Complaint off of this Court's calendar.

2. That Plaintiff Joshua P. Endres is to file and serve his first amended complaint by January 8, 2007.

3. That Defendants Wells Fargo Bank, N.A., and Wells Fargo & Co. are to file and serve their response or answer to Plaintiff's first amended complaint no later than 30 days after Plaintiff serves Defendants with his first amended complaint.

DATED: 12/22/06 _____

IT IS SO ORDERED
Judge Phyllis J. Hamilton

_____
THE HONORABLE PHYLLIS J. HAMILTON
JUDGE OF THE UNITED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

- 1 -