| | |
|---|---|
| 1 | Sonya D. Winner, SB # 200348 |
| 2 | David M. Jolley, SB # 191164<br>COVINGTON & BURLING LLP |
| 3 | One Front Street<br>San Francisco, CA 94111 |
| 4 | Telephone:   (415) 591-6000<br>Facsimile:    (415) 591-6091 |
| 5 | swinner@cov.com<br>djolley@cov.com |
| 6 | Attorneys for Defendants |
| 7 | WELLS FARGO & COMPANY and<br>WELLS FARGO BANK, N.A. |
| 8 | |
| 9 | Richard D. McCune, S.B. # 132124<br>Jae K. Kim, S.B. # 236805 |
| 10 | WELEBIR & McCUNE<br>2068 Orange Tree Lane, Suite 215 |
| 11 | Redlands, CA  92374<br>Telephone:   (909) 335-0444 |
| 12 | Fascsimile:   (909) 335-0452<br>rdm@wmtrial-law.com |
| 13 | jkk@wmtrial-law.com |
| 14 | Attorneys for Plaintiff<br>JOSHUA P. ENDRES, on behalf of |
| 15 | himself and all others similarly situated |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 19 | JOSHUA P. ENDRES, as an individual, and on behalf of all others similarly situated, | Civil Case No.: C-06-7019 (PJH) |
| 20 | | **STIPULATION AND [P~~ROPOSED~~]** |
| 21 | Plaintiff,<br>-v- | **ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| 22 | | |
| 23 | WELLS FARGO & COMPANY; WELLS FARGO BANK, N.A.; and DOES 1 through 125, | Judge:   Hon. Phyllis J. Hamilton |
| 24 | Defendants. | |

1  WHEREAS this Court issued an order on November 9, 2006 setting the Initial
2  Case Management Conference for February 15, 2007;
3  WHEREAS, based on the Initial Case Management Conference date, the parties
4  must meet and confer regarding initial disclosures, early settlement, ADR process selection and
5  discovery plan by January 25, 2007;
6  WHEREAS, in response to Defendants' Motion to Dismiss the initial Complaint,
7  Plaintiff filed his First Amended Complaint on January 9, 2007;
8  WHEREAS, Defendants response to the First Amended Complaint is due on
9  February 8, 2007, pursuant to this Court's December 22, 2006, Stipulated Order.
10 WHEREAS, the parties' initial disclosures, early settlement discussions, ADR
11 process selection, or preparation of a discovery plan will necessarily be affected by Defendants'
12 later-scheduled response to Plaintiff's First Amended Complaint;
13 The parties hereby stipulate as follows:
14 With the Court's agreement, the Initial Case Management Conference shall be
15 continued until March 22, 2007, or as soon thereafter as it can be conducted by the Court.

17 DATED: January 22, 2007         COVINGTON & BURLING LLP

19                                  By: _____
20                                  David M. Jolley
                                    Attorneys for Defendants

22 DATED: January 22, 2007         WELEBIR & McCUNE

24                                  By: _____
25                                  Jae K. Kim
                                    Attorneys for Plaintiff

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3  DATED: __1/23/07__                          By: _____

4

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Phyllis J. Hamilton]*