Richard D. McCune, Esq., State Bar No. 132124
rdm@wmtrial-law.com
Jae K. Kim, Esq., State Bar No. 236805
jkk@wmtrial-law.com
WELEBIR & McCUNE
2068 Orange Tree Lane, Suite 215
Redlands, CA 92374
Telephone: (909) 335-0444
Facsimile: (909) 335-0452

Attorneys for Plaintiff, JOSHUA P. ENDRES, on behalf of himself and all others similarly situated

Sonya D. Winner, SB # 200348
David M. Jolley, SB # 191164
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
swinner@cov.com

Attorneys for Defendants
Wells Fargo Bank, N.A. and Wells Fargo & Company

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA P. ENDRES, as an individual, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO & COMPANY, WELLS FARGO BANK, N.A., and DOES 1 through 125,<br><br>Defendants. | Case No.: C-06-7019 PJH<br><br>ORDER DENYING REQUEST<br>~~STIPULATION AND~~ [PROPOSED] ~~ORDER~~<br>CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE<br><br>Date:         April 4, 2007<br>Time:        9:00 a.m.<br>Courtroom: 3, 17th Floor<br><br>Hon. Phyllis J. Hamilton |

IT IS HEREBY STIPULATED by and between the parties to this action as follows:

**I.    RECITALS**

1.    Currently, the Initial Case Management Conference in the above-captioned litigation is set for March 22, 2007, at 2:30 p.m. The last day for the parties to exchange initial disclosures and file the Joint Case Management Statement and Rule 26(f) Report is March 15, 2007. (The Initial Case

1. Management Conference had originally been set for February 15, 2007. It was continued to March 22, 2007, after Plaintiff filed his First Amended Complaint.)

2. On February 28, 2007, Defendants filed their Motion for Summary Judgment on Plaintiff Joshua P. Endres's First Amended Complaint (hereinafter "Motion for Summary Judgment"). The Motion for Summary Judgment is more akin to a motion for judgment on the pleadings than to a typical summary judgment motion in that it challenges the sufficiency of the allegations instead of the lack of underlying substantive facts in dispute. The parties believe that the resolution of the Motion for Summary Judgment at the outset of this litigation is in the best interests of judicial economy, as it will set the foundation for how this case will proceed and it will substantially affect both the scheduling order and the type and amount of discovery that is needed in this case.

3. The parties are currently negotiating a preliminary discovery plan that will allow Plaintiff the opportunity to obtain the evidence he believes is needed to oppose the Motion for Summary Judgment. The parties believe that such negotiations can be successfully resolved and a preliminary discovery plan completed within the next two weeks.

4. Because of this, the parties believe that it is in the interest of judicial economy to continue the Initial Case Management Conference (and deadline for exchanging initial disclosures) for two weeks to allow the parties time to complete their negotiations on any preliminary discovery that Plaintiff may need to prepare its opposition to the Motion for Summary Judgment. After such an agreement is reached, the parties will be in a better position to provide this Court with a Joint Case Management Statement and Rule 26(f) Report outlining a proposed discovery plan and case management schedule.

5. The parties now jointly request that the Initial Case Management Conference (and all associated deadlines) be continued two weeks and rescheduled for April 5, 2007, at 2:30 p.m. This would permit the parties to complete their negotiations on a stipulated plan for the preliminary discovery that Plaintiff believes he needs to respond fully to Defendants' Motion for Summary Judgment.

/ / /

/ / /

/ / /

1  **II.   STIPULATION**

2  Based on the foregoing RECITALS, and the present circumstances as they exist, the parties,

3  through their respective legal counsel of record, hereby make the following stipulation in requesting an

4  order by the Court:

5  - That the Initial Case Management Conference be continued to April 5, 2007, at 2:30 p.m.

6  - That the last day to complete initial disclosures, file a Case Management Statement, and file

7  a Rule 26(f) Report be continued to March 29, 2007.

8  IT IS SO STIPULATED

9

10  DATED:   March 15, 2007                          WELEBIR & McCUNE

11

12

13                                                  By: _____
                                                        Richard D. McCune
14                                                      Attorneys for Plaintiffs

15

16

17  DATED:   March 15, 2007                          COVINGTON & BURLING LLP

18

19

20                                                  By: _____
                                                        David M. Jolley
21                                                      Attorneys for Defendants

22

23  PURSUANT TO STIPULATION, IT IS SO ORDERED.

24

25         3/16/07                                  **DENIED**
                                                    /s/ Judge Phyllis J. Hamilton
26  DATED: _____                  _____
                                                    United States District Judge
27

28

- 3 -
STIPULATION AND [PROPOSED] ORDER CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE
AND THE DEADLINE TO COMPLETE INITIAL DISCLOSURES, FILE A CASE MANAGEMENT STATEMENT, AND
FILE A RULE 26(F) REPORT