1  Richard D. McCune, Esq., State Bar No. 132124
   rdm@wmtrial-law.com
2  Jae K. Kim, Esq., State Bar No. 236805
   jkk@wmtrial-law.com
3  WELEBIR & McCUNE
   2068 Orange Tree Lane, Suite 215
4  Redlands, CA 92374
   Telephone:  (909) 335-0444
5  Facsimile:  (909) 335-0452

6  Attorneys for Plaintiff, JOSHUA P. ENDRES, on behalf of himself
   and all others similarly situated

7  Sonya D. Winner, SB # 200348
   David M. Jolley, SB # 191164
8  COVINGTON & BURLING LLP
   One Front Street
9  San Francisco, CA  94111
   Telephone:  (415) 591-6000
10 Facsimile:  (415) 591-6091
   swinner@cov.com
11

12 Attorneys for Defendants
   Wells Fargo Bank, N.A. and Wells Fargo & Company
13

14                    UNITED STATES DISTRICT COURT

15            FOR THE NORTHERN DISTRICT OF CALIFORNIA

16

17 JOSHUA P. ENDRES, as an individual, and on      )   Case No.:   C-06-7019 PJH
   behalf of all others similarly situated,        )
18                                                  )
                                                    )   **STIPULATION FOR FILING SECOND**
19              Plaintiff,                          )   **AMENDED COMPLAINT; [PROPOSED]**
                                                    )   **ORDER; SECOND AMENDED COMPLAINT**
20       v.                                         )
   WELLS FARGO & COMPANY, WELLS                     )
21 FARGO BANK, N.A., and DOES 1 through 125,        )
                                                    )   Hon. Phyllis J. Hamilton
22              Defendants.                         )
                                                    )
23                                                  )
                                                    )
24

25

26       IT IS HEREBY STIPULATED by and between the parties hereto through their respective

27 attorneys of record that Plaintiff may file a Second Amended Complaint, a copy of which is attached

28 hereto.  This Second Amended Complaint corrects certain alleged dates, adds a new Plaintiff and Class

- 1 -
STIPULATION FOR FILING OF SECOND AMENDED COMPLAINT; [PROPOSED] ORDER

1  Representative, KENDAHL BOOSTROM, and adds a new cause of action based on the National Bank

2  Act, 12 U.S.C. sections 85 and 86.  Defendants Wells Fargo & Company and Wells Fargo Bank, N.A.

3  (collectively "Wells Fargo") expressly reserve the right to challenge the sufficiency of the allegations

4  contained in the Second Amended Complaint, whether through a motion to dismiss under Rule 12 of the

5  Fed. R. Civ. P. or otherwise.

6        IT IS FURTHER STIPULATED that Wells Fargo waives notice and service of the Second

7  Amended Complaint, attached hereto.

8        IT IS FURTHER STIPULATED that, if the Court allows Plaintiffs to file the Second Amended

9  Complaint (attached hereto), Wells Fargo shall then have 30 days from the filing of the Second

10  Amended Complaint to answer or otherwise respond.

11

12  DATED:  May __, 2007                  WELEBIR & McCUNE

13

14                                By: _____

15                                   Richard D. McCune
                                 Attorneys for Plaintiffs

16

17  DATED:  May 8, 2007                 COVINGTON & BURLING LLP

18

19                                By: _____

20                                   David M. Jolley
                                 Attorneys for Defendants

21

22

23  IT IS SO ORDERED.

24

25

26  Dated: _____05/09/07_____

27                                   HAMILTON
                                 United States District Court

28

Judge Phyllis J. Hamilton

- 2 -

STIPULATION FOR FILING OF SECOND AMENDED COMPLAINT; [PROPOSED] ORDER