Richard D. McCune (State Bar #132124)
e-mail: rdm@wmtrial-law.com
McCUNE & WRIGHT, LLP
2068 Orange Tree Lane, Suite 216
Redlands, CA   92374
(909)335-0444

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

JOSHUA P. ENDRES and KENDAHL BOOSTROM, as individuals, and on behalf of all others similarly situated,

Plaintiff(s)

v.

WELLS FARGO & COMPANY, et al.

Defendant(s)

CASE NUMBER: C-06-7019 PJH

## SUBSTITUTION OF ATTORNEY

JOSHUA P. ENDRES
*Name of Party*

X  Plaintiff   Defendant   Other _____

hereby substitutes  McCUNE & WRIGHT, LLP  who is

X  Retained Counsel      Court Appointed Counsel      Pro Per   2068 Orange Tree Lane, Suite 216
*Street Address*

Redlands, CA   92374          (909) 557-1250    (909) 557-1275    #132124
*City, State, Zip Code*           *Telephone Number*   *Facsimile Number*   *State Bar Number*

as attorney of record in the place and stead of  WELEBIR & McCUNE, PLC
*Present Attorney*

Dated: 6/13/07

[signature]
*Signature of Party*
Joshua P. Endres

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: July 9, 2007

[signature]
*Signature of Present Attorney*
WELEBIR & McCUNE by Douglas F. Welebir

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: 7/9/07

[signature]
*Signature of New Attorney*
McCUNE & WRIGHT by Richard D. McCune

**Substitution of Attorney is hereby**    X Approved.   Denied.

Dated: 7/31/07

[signature - IT IS SO ORDERED, Judge Phyllis J. Hamilton]
**United States District Judge / Magistrate Judge**

**NOTICE TO COUNSEL:** *If you are currently enrolled in the Optical Scanning Program and have changed ... e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 ... at the proper facsimile number or e-mail address. This form, as well as information ... Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.*

**SUBSTITUTION OF ATTORNEY**

G-01 (08/02)                                                                                                   G01

Case: ENDRES v. WELLS FARGO BANK
Case No.: C-06-7019 PJH

PROOF OF SERVICE

STATE OF CALIFORNIA
COUNTY OF SAN BERNARDINO

    I am employed in the County of San Bernardino, State of California. I am over the age of 18 years and not a party to the within action; my business address is 2068 Orange Tree Lane, Suite 215, Redlands, California, 92374.

    On July 26, 2007, I served the foregoing document described as **SUBSTITUTION OF ATTORNEY** on the interested parties through their respective attorneys of record in this action, by placing a ☒ true copy or ☐ original thereof enclosed in sealed envelopes addressed as follows:

**Sonya D. Winner, Esquire**       **Attorneys for Defendants**
**David M. Jolley, Esquire**
**COVINGTON & BURLING, LLP**
**One Front Street**
**San Francisco, CA  94111**
**Telephone:  (415) 591-6000**
**Facsimile:  (415) 591-6091**

**METHOD OF SERVICE**:

[ X ]  **(BY MAIL)**  I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing. Under that practice, I caused such envelopes with postage thereon fully prepaid to be placed in the United States mail at Redlands, California.

[ ]  **(BY FAX)**  I caused such documents to be transmitted by facsimile to the offices of the addressee(s). The facsimile machine used complied with California Rules of Court, rule 2003, and no error was reported by the machine.

[ ]  **(BY PERSONAL SERVICE)**  I caused such envelope(s) to be delivered by hand to the offices of the addressee(s).

[ ]  **(BY OVERNIGHT DELIVERY)**  I caused such document to be delivered by overnight delivery to the offices of the addressee(s).

    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on the above-referenced date at Redlands, California.

*/s/ Ann Marie Smith*
Ann Marie Smith

Proof of Service