Richard D. McCune, Esq. [132124]
McCUNE & WRIGHT, LLP
2068 Orange Tree Lane, Suite 216
Redlands, CA    92374

(909) 557-1250

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA P. ENDRES and KENDAHL BOOSTROM, as individuals, and on behalf of all others similarly situated,<br><br>v.         Plaintiff(s)<br><br>WELLS FARGO & COMPANY, et al.<br><br>Defendant(s) | CASE NUMBER:<br><br>C-06-7019 PJH<br><br>**SUBSTITUTION OF ATTORNEY** |

KENDAHL BOOSTROM                    X  Plaintiff     ☐ Defendant     ☐ Other _____
_Name of Party_

hereby substitutes  McCUNE & WRIGHT, LLP _____ who is

X  Retained Counsel     ☐ Court Appointed Counsel     ☐ Pro Per    2068 Orange Tree Lane, Suite 216
                                                                   _Street Address_

Redlands, CA  92374                (909) 557-1250      (909) 557-1275      #132124
_City, State, Zip Code_            _Telephone Number_   _Facsimile Number_   _State Bar Number_

as attorney of record in the place and stead of  WELEBIR & McCUNE, PLC
                                                 _Present Attorney_

Dated:  7/18/07                          _/s/ Kendahl Boostrom_
                                         _Signature of Party_
                                         Kendahl Boostrom

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated:  July 9, 2007                     _/s/ Welebir_
                                         _Signature of Present Attorney_
                                         WELEBIR & McCUNE by Douglas F. Welebir

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated:  7/9/07                           _/s/ Richard D. McCune_
                                         _Signature of New Attorney_
                                         McCUNE & WRIGHT by Richard D. McCune

**Substitution of Attorney is hereby        X  Approved.      ☐ Denied.**

Dated:  7/31/07

                                         United States District Magistrate Judge

                                         [SEAL: IT IS SO ORDERED / Judge Phyllis J. Hamilton]

**NOTICE TO COUNSEL:**  _If you are currently enrolled in the Optical Scanning Program and have_ _____ _er or e-mail address since your enrollment, you must complete an Enrollment/Update Form_ _____ _nsure that documents are served at the proper facsimile number or e-mail address. This form, as well as info_____ _about the O_____l Scanning Program, is available on the Court's website at **www.cacd.uscourts.gov.**_

G-01 (08/02)                         **SUBSTITUTION OF ATTORNEY**                                      G01

1  Case:   ENDRES v. WELLS FARGO BANK
   Case No.:  C-06-7019 PJH
2
                           PROOF OF SERVICE
3
   STATE OF CALIFORNIA
4  COUNTY OF SAN BERNARDINO

5       I am employed in the County of San Bernardino, State of California.  I am over the age of 18
   years and not a party to the within action; my business address is 2068 Orange Tree Lane, Suite 215,
6  Redlands, California, 92374.

7       On July 26, 2007, I served the foregoing document described as **SUBSTITUTION OF
   ATTORNEY** on the interested parties through their respective attorneys of record in this action, by
8  placing a ☒ true copy or ☐ original thereof enclosed in sealed envelopes addressed as follows:

9
   **Sonya D. Winner, Esquire**                    **Attorneys for Defendants**
10 **David M. Jolley, Esquire**
   **COVINGTON & BURLING, LLP**
11 **One Front Street**
   San Francisco, CA  94111
12 Telephone:  (415) 591-6000
   **Facsimile:  (415) 591-6091**
13

14 **METHOD OF SERVICE**:
15
16 [ X ]   **(BY MAIL)**    I am readily familiar with the firm's business practice for collection and processing
                           of correspondence for mailing.  Under that practice, I caused such envelopes with
17                         postage thereon fully prepaid to be placed in the United States mail at Redlands,
                           California.
18
19 [  ]    **(BY FAX)**     I caused such documents to be transmitted by facsimile to the offices of
                           the addressee(s).  The facsimile machine used complied with California
20                         Rules of Court, rule 2003, and no error was reported by the machine.

21 [  ]    **(BY PERSONAL SERVICE)**  I caused such envelope(s) to be delivered by hand to
22                         the offices of the addressee(s).

23 [  ]    **(BY OVERNIGHT DELIVERY)**  I caused such document to be delivered by
                           overnight delivery to the offices of the addressee(s).
24
25      I declare that I am employed in the office of a member of the bar of this court at whose direction
   the service was made.  Executed on the above-referenced date at Redlands, California.
26
27                                                          _____
                                                                   Ann Marie Smith
28

Proof of Service