1  Sonya D. Winner, SB # 200348
   David M. Jolley, SB # 191164
2  Stephen E. George, SB # 244512
   COVINGTON & BURLING LLP
3  One Front Street
   San Francisco, CA 94111
4  Telephone:   (415) 591-6000
   Facsimile:   (415) 591-6091
5  swinner@cov.com

6  Attorneys for Defendants
   WELLS FARGO BANK, N.A. and
7  WELLS FARGO & CO.

8

9  Richard D. McCune, SB # 132124
   rdm@wmtrial-law.com
10 Jae (Eddie) K. Kim, SB # 236805
   jkk@wmtrial-law.com
11 McCUNE & WRIGHT
   2068 Orange Tree Lane, Suite 216
12 Redlands, CA 92374
   Telephone:   (909) 557-1250
13 Facsimile:   (909) 557-1275

   Attorneys for Plaintiffs
14 JOSHUA P. ENDRES and
   KENDAHL BOOSTROM
15

16                    UNITED STATES DISTRICT COURT

17              FOR THE NORTHERN DISTRICT OF CALIFORNIA

18
   JOSHUA P. ENDRES and KENDAHL         |  Civil Case No.: C-06-7019 PJH
19 BOOSTROM, as individuals, and on behalf|
   of all others similarly situated,    |  CLASS ACTION
20                                      |
         Plaintiffs,                    |  **STIPULATION AND [**~~PROPOSED~~**]**
21                                      |  **ORDER**
         v.                             |
22                                      |  Hon. Phyllis J. Hamilton
   WELLS FARGO & COMPANY; WELLS         |
23 FARGO BANK, N.A.; and DOES 1 through |
   125,                                 |
24                                      |
         Defendants.                    |
25

26

27

28

STIPULATION AND [PROPOSED] ORDER

1  WHEREAS, the deadline for plaintiffs Joshua P. Endres and Kendahl Boostrom
2  and defendants Wells Fargo & Company and Wells Fargo Bank, N.A. (collectively the
3  "Parties") to complete private mediation is currently set for September 30, 2007; and
4  WHEREAS the Parties have agreed on a mediator, Susan Haldeman, but the
5  earliest date on which she is available for mediation is October 4, 2007. This date is before any
6  papers need to be filed as part of any class certification motion in this case.
7  IT IS HEREBY STIPULATED by and between the Parties that, pursuant to the
8  Court's approval, the deadline for the Parties to complete private mediation is extended until
9  October 4, 2007.

11  DATED: August 30, 2007                          COVINGTON & BURLING LLP

13                                                  By: _____
14                                                      David M. Jolley
                                                        Attorneys for Defendants

16  DATED: August 30, 2007                          WELEBIR McCUNE

18                                                  By: _____
19                                                      Jae (Eddie) K. Kim
                                                        Attorneys for Plaintiffs

22  **IT IS SO ORDERED.**

24  DATED: ____August 31____, 2007

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*