Sonya D. Winner, SB # 200348
David M. Jolley, SB # 191164
Stephen E. George, SB # 244512
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
swinner@cov.com

Attorneys for Defendants
WELLS FARGO BANK, N.A. and
WELLS FARGO & CO.


Richard D. McCune, SB # 132124
rdm@wmtrial-law.com
Jae (Eddie) K. Kim, SB # 236805
jkk@wmtrial-law.com
McCUNE & WRIGHT
2068 Orange Tree Lane, Suite 216
Redlands, CA 92374
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

Attorneys for Plaintiffs
JOSHUA P. ENDRES and
KENDAHL BOOSTROM

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA P. ENDRES and KENDAHL BOOSTROM, as individuals, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & COMPANY; WELLS FARGO BANK, N.A.; and DOES 1 through 125,<br><br>Defendants. | Civil Case No.: C-06-7019 PJH<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER**<br><br>Hon. Phyllis J. Hamilton |

1  WHEREAS, the deadline for plaintiffs Joshua P. Endres and Kendahl Boostrom
2  and defendants Wells Fargo & Company and Wells Fargo Bank, N.A. (collectively the
3  "Parties") to complete class discovery is currently set for September 26, 2007; and
4  WHEREAS, due to scheduling conflicts, the earliest date available for the
5  deposition of plaintiff Joshua P. Endres is September 28, 2007, which is before the scheduled
6  mediation and before any papers need to be filed as part of any class certification motion in this
7  case.
8  IT IS HEREBY STIPULATED by and between the Parties that, pursuant to the
9  Court's approval, the deadline for class discovery is extended until September 28, 2007, but
10 only for the sole purpose of taking the deposition of plaintiff Joshua P. Endres.

DATED: September 11, 2007           COVINGTON & BURLING LLP

                                    By: _____
                                        David M. Jolley
                                        Attorneys for Defendants

DATED: September 11, 2007           McCUNE & WRIGHT

                                    By: _____
                                        Jae (Eddie) K. Kim
                                        Attorneys for Plaintiffs

**IT IS SO ORDERED.**

DATED: September 12, 2007

IT IS SO ORDERED
Judge Phyllis J. Hamilton

STIPULATION AND [PROPOSED] ORDER          2