Richard D. McCune, Esq., State Bar No. 132124
rdm@wmtrial-law.com
Jae K. Kim, esq., State Nar No. 236805
jkk@wmtrial-law.com
MCCUNE & WRIGHT, LLP
2068 Orange Tree Lane, Suite 216
Redlands, CA 92374
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

Attorneys for Plaintiffs, JOSHUA P. ENDRES and KENDAHL BOOSTOM, as individuals, and on behalf of all others similarly situated

Sonya D. Winner, SB # 200348
David M. Jolley, SB # 191164
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
swinner@cov.com

Attorneys for Defendants
Wells Fargo Bank, N.A. and Wells Fargo & Company

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA P. ENDRES and KENDAHL BOOSTROM, as individuals, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & COMPANY, et al.<br><br>Defendants. | Case No.: C-06-7019 PJH<br><br>Judge Assigned: Hon. Phyllis J. Hamilton<br>Complaint Filed: October 2, 2006<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY CASE, PURSUANT TO FRCP, RULE 23(f)** |

WHEREAS, the Court issued its Order denying Plaintiffs' Motion for Class Certification on February 6, 2008.

//

---
-1-
STIPULATION AND [PROPOSED] ORDER TO STAY CASE, PURSUANT TO FRCP, RULE 23(f)

WHEREAS, Plaintiffs Joshua P. Endres and Kendahl Boostrom timely filed a Petition for Permission to Appeal the Order denying class certification with the United States Court of Appeals for the Ninth Circuit on February 19, 2008, pursuant to Federal Rules of Civil Procedure, Rule 23(f).

WHEREAS, the pending Petition for Permission to Appeal, if granted, may substantially alter the proceedings of this matter as Plaintiffs seek a review of the Court's Order on class certification, and an order from this Court is necessary to stay this case in the district court until there is a decision on Plaintiffs' Petition. (*See* Fed. R. Civ. P., Rule 23(f).)

IT IS HEREBY STIPULATED by and between the Parties that, subject to the Court's approval, this action is stayed pending entry of a final order on Plaintiffs' Petition for Permission to Appeal by the United States Court of Appeals for the Ninth Circuit.

IT IS FURTHER STIPULATED by and between the Parties that, subject to the Court's approval, the case management conference scheduled for March 27, 2008 at 2:30pm and the deadline for the parties to file a joint case management conference statement set for March 20, 2008 be vacated.

DATED: February 20, 2008

COVINGTON & BURLING LLP

By: _____
Sonya D. Winner
Attorneys for Defendants

DATED: February 20, 2008

McCUNE & WRIGHT, LLP

By: _____ for
Richard D. McCune
Attorneys for Plaintiffs

**IT IS SO ORDERED.**

DATED: February 22, 2008

_____
Hon. Phyllis J. Hamilton
Judge Phyllis J. Hamilton

-2-
STIPULATION AND [PROPOSED] ORDER TO STAY CASE, PURSUANT TO FRCP RULE 23(f)