UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSHUA P ENDRES, et al.,

    Plaintiff(s),

    v.

WELLS FARGO and COMPANY, et al.,

    Defendant(s).
_____/

No. C 06-7019 PJH

**ORDER SETTING CASE MANAGEMENT CONFERENCE**

The Ninth Circuit having denied plaintiffs' petition for permission to appeal the denial of their motion for class certification, a case management conference shall be held on July 3, 2008. A joint case management statement shall be prepared in accordance with the court's standing order for preparation of such statements, seven days in advance of the conference.

**IT IS SO ORDERED.**

Dated: June 17, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge