1  Richard D. McCune, Esq., State Bar No. 132124
   rdm@wmtrial-law.com
2  Jae K. Kim,esq., State Nar No. 236805
   jkk@wmtrial-law.com
3  MCCUNE & WRIGHT, LLP
   2068 Orange Tree Lane, Suite 216
4  Redlands, CA 92374
   Telephone: (909) 557-1250
5  Facsimile: (909) 557-1275

6  Attorneys for Plaintiffs, JOSHUA P. ENDRES and KENDAHL BOOSTOM, as individuals, and on
   behalf of all others similarly situated
7

   Sonya D. Winner, SB # 200348
8  David M. Jolley, SB # 191164
   COVINGTON & BURLING LLP
9  One Front Street
   San Francisco, CA 94111
10 Telephone: (415) 591-6000
   Facsimile: (415) 591-6091
11 swinner@cov.com

12 Attorneys for Defendants
   Wells Fargo Bank, N.A. and Wells Fargo & Company
13

14                         UNITED STATES DISTRICT COURT

15                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

16

17 JOSHUA P. ENDRES and KENDAHL              ) Case No.: C-06-7019 PJH
18 BOOSTROM, as individuals, and on behalf of all )
   others similarly situated,                ) Judge Assigned: Hon. Phyllis J. Hamilton
19                                            ) Complaint Filed: October 2, 2006
           Plaintiffs,                        )
20                                            ) **STIPULATION AND [PROPOSED] ORDER
       v.                                     ) FOR DISMISSAL OF PLAINTIFFS'
21                                            ) SECOND AMENDED COMPLAINT WITH
   WELLS FARGO & COMPANY, et al.              ) PREJUDICE**
22                                            )
           Defendants.                        )
23                                            )
                                              )
24                                            )
   _____)
25

26
       WHEREAS, this action cannot proceed as a class action, and Plaintiffs Joshua P. Endres and
27
   Kendahl Boostrom do not wish to proceed with the case as individuals.
28

                                              -1-
_____
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF THE CLASS ACTION CASE WITH PREJUDICE
Case No.: C-06-7019 PJH

IT IS HEREBY STIPULATED by and between the Parties, subject to the Court's approval, that the Second Amended Complaint of Plaintiffs Endres and Boostrom be dismissed with prejudice.

IT IS FURTHER STIPULATED by and between the Parties that, subject to the Court's approval, each party shall bear their own costs and fees.

DATED: June 26, 2008     COVINGTON & BURLING LLP

By: _____
David M. Jolley
Attorneys for Defendants

DATED: June 26, 2008     McCUNE & WRIGHT, LLP

By: _____
Richard D. McCune
Attorneys for Plaintiffs

**IT IS SO ORDERED.**

DATED: June 27, 2008

IT IS SO ORDERED
Judge Phyllis J. Hamilton